```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TIMOTHY HUGGINS,
11              Plaintiff,            No. CIV S-08-1221 GGH P
12       vs.
13   KATHY PROSPER, et al.,
14              Defendants.           ORDER
15   _____/
```

16        Plaintiff has requested the appointment of counsel. The United States Supreme

17 Court has ruled that district courts lack authority to require counsel to represent indigent

18 prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In

19 certain exceptional circumstances, the court may request the voluntary assistance of counsel

20 pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21 <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court

22 does not find the required exceptional circumstances. Plaintiff's request for the appointment of

23 counsel will therefore be denied.

24 /////

25 /////

26 /////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's June 25, 2008, request

2 for the appointment of counsel (docket # 10) is denied.

3 DATED: 11/18/08

4                                           /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

5 hugg1221.31