UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HUGGINS,<br><br>        Plaintiff,<br><br>   v.<br><br>KATHY PROSPER, et al.,<br><br>        Defendants. | CASE NO. C08-1221JLR<br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

   Plaintiff Timothy Huggins, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of twenty percent (20%) of the greater of (a) the average monthly deposits to Plaintiff's trust account; or (b) the average monthly balance in Plaintiff's account for the six-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1).

   Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and

ORDER – 1

1 thereafter payments from Plaintiff's prison trust account each time the amount in the account
2 exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.
3 § 1915(b)(2).

4     Good cause appearing therefore, IT IS HEREBY ORDERED that:

5   1.   The Director of the California Department of Corrections and Rehabilitation or
6 a designee shall collect from Plaintiff's prison trust account an initial partial
7 filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set
8 forth in this order and shall forward the amount to the Clerk of the Court.  Said
9 payment shall be clearly identified by the name and number assigned to this
10 action.

11   2.   Thereafter, the Director of the California Department of Corrections and
12 Rehabilitation or a designee shall collect from Plaintiff's prison trust account
13 monthly payments from Plaintiff's prison trust account in an amount equal to
14 twenty percent (20%) of the preceding month's income credited to the
15 Plaintiff's prison trust account and forwarding payments to the Clerk of the
16 Court each time the amount in the account exceeds $10.00 in accordance with
17 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid
18 in full.  The payments shall be clearly identified by the name and number
19 assigned to this action.

20   3.   The Clerk of the Court is directed to serve a copy of this order and a copy of
21 Plaintiff's signed in forma pauperis affidavit on Director, California Department
22 of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

23   4.   The Clerk of the Court is directed to serve a copy of this order on the Financial
24 Department of the court.

25

ORDER – 2

1    Dated this 12th day of February, 2009.

                                                                           /s/ James L. Robart

                                                                           JAMES L. ROBART
                                                                           United States District Judge

ORDER – 3