1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGGINS,

          Plaintiff,

   v.

KATHY PROSPER, et al.,

          Defendants.

CASE NO. C08-1221JLR

ORDER

Plaintiff Timothy Huggins is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action seeking relief pursuant to 42 U.S.C. § 1983. By order dated February 12, 2009 (Dkt. # 15), this court dismissed Plaintiff's original complaint with leave to amend within 30 days. The court advised Plaintiff that failure to file an amended complaint would result in the dismissal of the action with prejudice. More than 30 days have passed since the court's February 12, 2009 order was filed and Plaintiff has not filed an amended complaint. Therefore, in accordance with the court's February 12, 2009 order, IT IS HEREBY ORDERED as follows:

    (1)    The Clerk of Court shall enter a judgment of dismissal of this case with prejudice; and

ORDER - 1

(2)     The Clerk of Court shall close this case.

Dated this 17th day of July, 2009.

                                                JAMES L. ROBART
                                                United States District Judge

ORDER - 2